DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERNARD BENAIM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2192

[March 11, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 09-9571CF10A.

Bernard Benaim, Opa-locka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

*             *             *

*Not final until disposition of timely filed motion for rehearing.*